IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LONNEY CHARLES WILLIAMS, #13381-078 | § | |
| VS. | § | CIVIL ACTION NO. 6:09cv530 |
| UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge John D. Love. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations that Petitioner's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence be dismissed. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's conclusions. The Court therefore

**ORDERS** that Petitioner's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is **DISMISSED**;

**ORDERS** that Petitioner is **DENIED** a certificate of appealability; and

**ORDERS** that any motions not yet ruled on are **DENIED**.

**So ORDERED and SIGNED this 14th day of September, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**